UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-00618 (WHA) |
| Plaintiff, | ) | (~~PROPOSED~~) ORDER |
| v. | ) | |
| DENEAL MARHSHAWN BOBO, | ) | |
| Defendant. | ) | |

FOR GOOD CAUSE SHOWN, the sentencing hearing for defendant DENEAL MARSHAWN BOBO, is continued from January 20, 2009, until February 24, 2009, at 3:00 p.m.

Dated: January 16, 2009

IT IS SO ORDERED
*Judge William Alsup*

HON. WILLIAM ALSUP
United States District Judge