UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08-00618 (WHA) |
| Plaintiff, ) | (~~PROPOSED~~) ORDER |
| v. ) | |
| DENEAL MARHSHAWN BOBO, ) | |
| Defendant. ) | |

FOR GOOD CAUSE SHOWN, the sentencing hearing for defendant DENEAL MARSHAWN BOBO, is continued from July ~~9~~ 8, 2009, to September ~~9~~ 16, 2009, at ~~10:00 a.m.~~ 2:00 p.m.

Dated: July 7, 2009

IT IS SO ORDERED
Judge William Alsup

HON.
United States District Judge